# First District.

Thomas Terry, appellant, v. Illinois Central Railroad Company, appellee. Gen. No. 37,910.

Opinion filed April 17, 1936.

Royal W. Irwin, for appellant. John W. Freels and Herbert J. Deany, for appellee; Edward C. Craig and Vernon W. Foster, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

Charles V. Falkenberg, appellee, v. Robert P. Gust, appellant. Gen. No. 38,612.

Opinion filed April 20, 1936.

Charles R. Smith, for appellant. A. A. Pantelis, for appellee; Charles V. Falkenberg, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.

Lillian Kay, appellee, v. Meyer Rothschild and Mrs. Meyer Rothschild, appellants. Gen. No. 38,672.

Opinion filed April 20, 1936.

Harry J. Lurie, for appellants. Frederick J. Bertram, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.